PROB 12A
(7/93)



United States District Court

for

District of Guam



FILED
DISTRICT COURT OF GUAM

SEP 22 2005 9P

MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: Eugenio Milliones Vegafria     Case Number: CR 00-00054-001

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence:    December 28, 2001

Original Offense: Unlawful Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(3) and 924(a)(2)

Original Sentence: 14 months imprisonment followed by 36 months supervised release with conditions to include: participation in a drug treatment program and testing; participation in a mental health treatment program; refrain from the use of any and all alcohol beverages; maintain gainful employment; perform 200 hundred hours of community service; and pay a $100 special assessment fee. **Informational Report** filed June 23, 2003 for noncompliance. **Conditions modified** on October 14, 2003 to include an additional 50 hours of community service as a sanction for noncompliance.

Type of Supervision: Supervised Release     Date Supervision    February 28, 2003

### NONCOMPLIANCE SUMMARY

Violation Number    Nature of Noncompliance

1.    Tested positive for the use of methamphetamine.



ORIGINAL

## Violation of Supervised Release conditions.

On September 2, 2005, Mr. Vegafria tested presumptive positive for the use of methamphetamine. He admitted to smoking "ice" on August 30, 2005. As a result of the violation, Mr. Vegafria has been returned to day one, phase one of the year-long substance abuse testing and treatment program which he had previously completed on September 26, 2004.

Mr. Vegafria has completed his community service hours. He had been previously employed as a maintenance worker for the Talofofo Golf Resort, but was laid off when the company was sold to another company. He is currently self-employed as a part-time farmer who sells his produce and earns approximately $200 per month. Mr. Vegafria also earns an income as a caregiver for his grandchildren. He has been instructed to actively pursue full-time employment. No further action is being recommended at this time.

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
Date: 9-21-2005

Respectfully submitted,

by: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Date: 9-21-05

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

RECEIVED
SEP 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V. E. MANIBUSAN, JR.
Signature of Judicial Officer

September 22, 2005
Date