

FILED
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| Name of Offender: Eugenio Milliones Vegafria | Case Number: CR 00-00054-001 |

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: December 28, 2001

Original Offense: Unlawful Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(3) and 924(a)(2)

Original Sentence: 14 months imprisonment followed by 36 months supervised release with conditions to include: participation in a drug treatment program and testing; participation in a mental health treatment program; refrain from the use of any and all alcohol beverages; maintain gainful employment; and perform 200 hundred hours of community service. An **Informational Report** was filed June 23, 2003 for noncompliance. **Conditions were modified** on October 14, 2003 to include an additional 50 hours of community service as a sanction for noncompliance. Informational report filed on September 22, 2005, for noncompliance.

Type of Supervision: Supervised Release          Date Supervision: February 28, 2003

---

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a _____ years

☒ To modify the conditions of supervision as follows:

1. The defendant shall perform 50 hours of community service

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                                                                page 2

## CAUSE

On October 4, 2005, Mr. Vegafria tested presumptive positive for the use of methamphetamine. He admitted in writing to using on October 1, 2005. As a result of the illicit drug use violation, Mr. Vegafria has been returned to day one, phase one, of the substance abuse treatment program he had previously completed on September 26, 2004. He has also agreed to perform 50 hours of community service as a sanction for the positive test result.

Mr. Vegafria has completed his community service hours. He had been previously employed as a maintenance worker for the Talofofo Golf Resort, but was laid off when the company was sold to another company. He is currently self-employed as a part-time farmer who sells his produce and earns approximately $200 per month. Mr. Vegafria also earns an income as a caregiver for his grandchildren, and is the main caregiver of his adult daughter who has Cerebral Palsy and requires constant supervision. He has been instructed to actively pursue part time employment to be financially independent and as a therapeutic means to gain self-confidence.

Attached is the Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision (Probation Form 49) with Mr. Vegafria's consent to the modification.

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
Date: 10·25· 2005

Respectfully submitted,

By: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Date: 10· 24· 2005

### THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
OCT 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

WILLIAM ALSUP, Designated Judge
10.27.05
Date

PROB 49
(3/89)

# United States District Court

for

## District of Guam

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. To perform 50 hours of community service as a sanction for testing positive for methamphetamine on October 4, 2005.

Witness: _____CARMEN D. O'MALLAN_____
U.S. Probation Officer

Signed: _____EUGENIO M. VEGAFRIA_____
Probationer or Supervised Releasee

_____October 12, 2005_____
Date