

PROB 12B
(7/93)

FILED
DISTRICT COURT OF GUAM
DEC - 5 2005
MARY L.M. MORAN
CLERK OF COURT

United States District Court

for

District of Guam

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: Eugenio Milliones Vegafria    Case Number: CR 00-00054-001

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: December 28, 2001

Original Offense: Unlawful Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(3) and 924(a)(2)

Original Sentence: 14 months imprisonment followed by 36 months supervised release with conditions to include: participation in a drug treatment program and testing; participation in a mental health treatment program; refrain from the use of any and all alcohol beverages; maintain gainful employment; and perform 200 hundred hours of community service. An **Informational Report** was filed June 23, 2003 for noncompliance. **Conditions were modified** on October 14, 2003 to include an additional 50 hours of community service as a sanction for noncompliance. **Informational report** filed on September 22, 2005, for noncompliance. **Conditions modified** October 27, 2005 to include an addition 50 hours of community service.

Type of Supervision: Supervised Release    Date Supervision: February 28, 2003

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a _____ years

[X] To modify the conditions of supervision as follows:

1. The defendant shall serve four days of intermittent confinement, pursuant to 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                                                          page 2

## CAUSE

Mr. Vegafria failed to report for urinalysis on October 17, 2005 and November 8, 2005. In addition, he tested positive for the use of methamphetamine on November 14, 2005. He executed an admission form for using the drug on November 12, 2005. At a compliance meeting on November 17, 2005, Mr. Vegafria explained that he used the drug with friends. He apologized for his violation and assured full compliance henceforth. For his continued drug use, Mr. Vegafria executed a waiver of hearing and representation form (see attached Probation Form 49) and agreed to a modification of his supervision conditions to include an order that he serve a total of four days of intermittent confinement at the direction of the U.S. Probation Office.

Mr. Vegafria completed the original 200 hour community service order on April 23, 2003. On March 28, 2004, he completed the 50 community service hour order modified for non-compliance on October 14, 2003, and is active with the 50 hour community service order, which was modified on October 27, 2005. He obtained employment as a welder for Island Development Company on October 25, 2005.

Based on the information above, the probation officer respectfully requests that the Court modify the conditions of supervised release, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3), to include a condition that Eugenio Vegafria shall serve four days of intermittent confinement, at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

Reviewed by:                                                         Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON                          By: ROBERT I. CARREON
U.S. Probation Officer                                               U.S. Probation Officer
Supervision Unit Leader
Date: 12/1/05                                                        Date: 12/1/05

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
DEC - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
D. LOWELL JENSEN, Designated Judge
December 5, 2005
Date

PROB 49
(3/89)

# United States District Court

for

## District of Guam

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

1. The defendant shall serve four days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Witness: Robert I. Carreon
U.S. Probation Officer

Signed: Eugenio M. Vegafria, Jr.
Probationer or Supervised Releasee

11-17-05
Date