PROB 34  
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Guam

FILED  
DISTRICT COURT OF GUAM  
MAR - 6 2006  
MARY L.M. MORAN  
CLERK OF COURT

UNITED STATES OF AMERICA

v.

EUGENIO MILLIONES VEGAFRIA

CRIMINAL CASE NO. 00-00054-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 27, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ  
Chief U.S. Probation Officer

By: _____  
ROBERT I. CARREON  
U.S. Probation Officer

Reviewed by:

_____  
ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

RECEIVED  
FEB 28 2006  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

cc: Marivic P. David, AUSA  
John T. Gorman, Federal Public Defender  
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 6th day of ~~February~~ March 2006.

_____  
JAMES L. ROBART, Designated Judge

ORIGINAL